IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00252-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP DUCTAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for a new trial. (Doc. No. 217: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Phillip Ductan (Reg. No. 99822-004) present in Charlotte, North Carolina forthwith, but not later than November 30, 2015 at 9:30 A.M. for a status conference in a courtroom to be designated in the Charles R. Jonas Federal Building. The case is set for trial during the December 7, 2015, term of Court.

**IT IS FURTHER ORDERED** that the Federal Defenders of Western North Carolina shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: September 28, 2015

Robert J. Conrad, Jr.
United States District Judge